# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 13CR3072-DMS |
| Plaintiff | ) JUDGMENT AND ORDER TO DISMISS |
| vs. | ) |
| FIDENCIO VILLAREAL-MENCHACA, | ) |
| Defendant. | ) |

For good cause appearing, the United States' Motion to Dismiss in the interest of justice is GRANTED. Further, the trial date set for June 9, 2014 and the motions date set for June 6, 2014 are vacated.

**SO ORDERED.**

DATED: May 16, 2014

DANA M. SABRAW
United States District Judge

- 1